FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

Mar 31, 2025

for the

Eastern District of Washington

SEAN F. McAVOY, CLERK

| | |
|---|---|
| BRADLEY P., | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) Civil Action No.   4:23-CV-05158-JAG |
| LELAND DUDEK, | ) |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's motion to reverse, ECF No. 10, is DENIED.
Defendant's motion to affirm, ECF No. 12, is GRANTED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   James A. Goeke _____

Date:  March 31, 2025 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Sara Gore _____
*(By) Deputy Clerk*

Sara Gore _____